BEFORE THE THIRD DIVISION, JUNE 9, 1941

No. 46027.—Protests 966266–G, etc., of McKesson & Robbins, Inc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126, the ginger root in·question was held free of duty under paragraph 1768 as claimed.